# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FELIX DE JESUS LAZARO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Warden RAYMOND MADDEN,<br><br>　　　　Respondent. | NO. CV 16-07216-PSG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 5/1/17.

_____
　　　PHILIP S. GUTIERREZ
　UNITED STATES DISTRICT JUDGE